856 F.2d 191
 U.S.
v.
Garcia (Oscar Javier), Sawyer (Stephen Lawrence), Jaquez
(Jose, III), Gutierrez (David), Karman (Michael
B.), Hahn (Pamala Lynn)
 NOS. 87-1700, 87-1793
 United States Court of Appeals,
Fifth Circuit.
 AUG 24, 1988
 
 1
 W.D.Tex., 849 F.2d 917,
 
 
 2
 849 F.2d 928,
 
 
 3
 849 F.2d 932,
 
 
 4
 849 F.2d 935,
 
 
 5
 849 F.2d 938,
 
 849 F.2d 940
 
 6
 DENIALS OF REHEARING EN BANC.